GEORGE W. ELKINS, Respondent, *v.* JAMES D. KILBOURNE, Appellant.

(Argued January 25, 1888;  decided February 7, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made June 3, 1884, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Francis Kernan* for appellant.

*J. B. Jenkins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.